COMMONWEALTH of Pennsylvania, Respondent

v.

Tyree WALLACE, Petitioner

No. 565 EAL 2016

Supreme Court of Pennsylvania.

May 2, 2017

### ORDER

PER CURIAM

AND NOW, this 2nd day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.

Paul WELSH, Petitioner

v.

NATIONAL RAILROAD PASSENGER CORPORATION a/k/a Amtrak, Respondent

No. 551 EAL 2016

Supreme Court of Pennsylvania.

May 2, 2017

### ORDER

PER CURIAM

AND NOW, this 2nd day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.